# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

EFRAIN CASADO,

    Plaintiff,

v.

SUZANNE R. HASTINGS; ALLEN L. ADAMS; OFFICER REYNOLDS; AREMU BOLAJI; and OFFICER PIERCE,

    Defendants.

CIVIL ACTION NO.: CV214-135

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated May 13, 2015. Dkt. No. 25. After an independent and *de novo* review of the entire record, the Court **OVERRULES** Plaintiff's Objections, dkt. no. 29, and concurs with the Magistrate Judge's Report and Recommendation.

Through his Amended Complaint, Plaintiff, who is housed at the Federal Correctional Institution in Jesup, Georgia, set forth allegations that a drug test incorrectly indicated he had used an illegal substance during his current period of incarceration. Dkt. Nos. 21. The Magistrate Judge, after a thorough analysis of Plaintiff's claims, found that Plaintiff's

Amended Complaint should be dismissed in its entirety. Specifically, the Magistrate Judge recommended that Plaintiff's official capacity claims, his claims against Defendant Hastings and the Southeast Regional Director, and his due process, deliberate indifference, negligence, equal protection, conspiracy, and legal mail claims be dismissed and Plaintiff's request for injunctive relief be denied. Dkt. No. 25, pp. 5-13.

Plaintiff filed Objections to the Report and Recommendation. Dkt. No. 29. In his Objections, Plaintiff asserts that the Court failed to address his "drug threshold amount result." Id. at p. 1. According to Plaintiff, this claim deals with a violation of his right to due process and the negligent acts of prison officials.

Contrary to Plaintiff's contention, the Magistrate Judge addressed all of Plaintiff's claims in the Report and Recommendation. As to Plaintiff's specific due process and violation of policy claims, the Magistrate Judge determined a violation of policy is not a viable constitutional claim. Dkt. No. 25, p. 6. In addition, the Magistrate Judge found that Plaintiff failed to set forth a procedural or a substantive due process claim resulting from the drug testing process. Id. at pp. 6-9. Plaintiff's Objections reveal his displeasure with the Magistrate Judge's recommendations, but this is not a sufficient basis on which to reject the Magistrate Judge's recommendations.

For these reasons, Plaintiff's Objections, dkt. no. 29, are **OVERRULED**, and the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, as amended, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. Further, Plaintiff is **DENIED** leave to proceed in forma pauperis on appeal.

Because this Order entirely resolves this case, Plaintiff's Motion to Appoint Counsel, Motion for a Status Update, and Motion for Service of Summons, dkt. nos. 27, 28, are **DISMISSED** as moot. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated November 17, 2014, are also **DISMISSED** as moot. Dkt. Nos. 11, 14. However, Plaintiff's Motion for Docket Sheet, dkt. no. 30, is **GRANTED**. The Clerk of Court is **DIRECTED** to provide Plaintiff with a copy of the docket sheet at no charge to Plaintiff.

**SO ORDERED**, this ___ day of _____, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA